(May 11, 1971)

■ MARIA J. VAN DER LUGT, Respondent, v. CITY OF NEW YORK, Appellant.— Concur —
Stevens, P. J., Capozzoli, Nunez, Kupferman and Steuer, JJ.